FILED
MAY 25 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID CARL MILLER, | Civil No. 3:10-CV-00727-BR |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on May 25, 2011.

DATED this 25th day of May 2011.

_____
UNITED STATES DISTRICT JUDGE

Page 1      JUDGMENT - [3:10-CV-00727-BR]